# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2017

155284

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LAWRENCE L. SIMMONS,
      Plaintiff,

v                                   SC: 155284

COURT OF APPEALS,
      Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and it is DISMISSED, because the plaintiff could have filed an application for leave to appeal the January 25, 2017 order of the Court of Appeals. MCR 3.302(D)(2); MCR 7.306(A)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2017



Clerk

a0214